IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LLOYD'S OF LONDON SYNDICATE 2987, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. H-18-2677 |
| BISON DRILLING AND FIELD SERVICES, LLC, | | |
| Defendant. | | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed *de novo* the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 20) dated February 1, 2019, and the objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court. It is further **ORDERED** that Bison Drilling and Field Services, LLC, is hereby designated as Plaintiff and Lloyd's of London Syndicate 2987 is hereby designated as Defendant.

**SIGNED** at Houston, Texas, this **6th** day of March, 2019.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE